An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

PARK CENTRAL PLAZA 32, LLC, A NEVADA LIMITED LIABILITY COMPANY,

Appellant,

vs.

NEVADA STATE BANK, A NEVADA CORPORATION AND FINANCIAL INSTITUTION,

Respondent.

No. 67805

**FILED**

DEC 0 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Susan Scann, District Judge
Janet Trost, Settlement Judge
Howard Kim & Associates
Maupin Naylor Braster
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-36771